## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Peter Andrew Burns, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bky. No. 25-10574 (PMM) |

## ORDER TO SHOW CAUSE WHY
## DEBTOR'S CASE SHOULD NOT BE DISMISSED

**AND NOW,** the docket reflecting that this case was filed in violation of a prior order of this Court (see Bky. No. 12-12513, Doc. # 32);

It is hereby **ORDERED** that a hearing shall be held **on Thursday, March 6, 2025 at 11:00 a.m. in Bankruptcy Courtroom No. 3, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107** to consider whether this bankruptcy case should be **DISMISSED as having been filed in violation of a prior court Order.**

Date: 2/14/25

_____

**HON. PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**